IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CRYSTAL BUTLER                                                                                          PLAINTIFF

v.                                          Civil No. 1:14-CV-1011

JAILER KEVIN PENDLETON, *et al.*                                                            DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed September 22, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 26. Judge Bryant recommends that Plaintiff's Complaint be dismissed on the grounds that Plaintiff has failed to prosecute this action and has failed to comply with the Federal Rules of Civil Procedure and Local Rules. *See* Fed. R. Civ. P. 41(b). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of October, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge